IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sanders, James T

Printed: 1/15/08

Case Number: 06 B 04556
Judge: Hollis, Pamela S
Filed: 4/24/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 10, 2007
Confirmed: June 12, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 8,970.00 |  |
| Secured: |  | 8,516.95 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 444.33 |
| Other Funds: |  | 8.72 |
| Totals: | 8,970.00 | 8,970.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | Wells Fargo Fin Acceptance | Secured | 34,717.27 | 7,980.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 1,288.64 | 536.95 |
| 4. | Commonwealth Edison | Unsecured | 693.03 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 375.74 | 0.00 |
| 6. | GE Money Bank | Unsecured | 95.33 | 0.00 |
| 7. | Midland Credit Management | Unsecured | 366.46 | 0.00 |
| 8. | GE Money Bank | Unsecured | 185.47 | 0.00 |
| 9. | Deer & Stone | Priority |  | No Claim Filed |
| 10. | Sullivan Urgent Aid Centers | Unsecured |  | No Claim Filed |
| 11. | Ingalls Memorial Hospital | Unsecured |  | No Claim Filed |
| 12. | American Recovery System | Unsecured |  | No Claim Filed |
| 13. | Sears Family Dental | Unsecured |  | No Claim Filed |
| 14. | West Asset Management | Unsecured |  | No Claim Filed |
| 15. | Sprint | Unsecured |  | No Claim Filed |
|  |  |  | $ 37,721.94 | $ 8,516.95 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5% | 95.01 |
| 4.8% | 255.83 |
| 5.4% | 93.49 |
|  | $ 444.33 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Sanders, James T | Case Number:  06 B 04556 |
| | Judge:  Hollis, Pamela S |
| Printed:  1/15/08 | Filed:  4/24/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

    Marilyn O. Marshall, Trustee, by:

